IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re the Application of<br><br>Omnilife de Mexico S.A. de C.V., Applicant<br><br>PURSUANT TO 28 U.S.C. § 1782 FOR DISCOVERY ASSISTANCE | CASE NO. 17MISC 182  |

## DECLARATION OF CAMILO CARDOZO IN SUPPORT OF EX-PARTE APPLICATION FOR DISCOVERY ASSISTANCE UNDER 28 U.S.C. § 1782

I, CAMILO CARDOZO, hereby declare as follows:

1. I am a partner of the law firm Paul Hastings LLP (US), and have been admitted to the bar of the State of New York since 2002.

2. I represent Omnilife de Mexico S.A. de C.V. ("Omnilife") in its application seeking this Court's assistance to obtain discovery under 28 U.S.C. § 1782 (the "Application"), from a person located in this District: Spencer Brownstone Gallery (the "Respondent"), in connection with two criminal investigations currently being conducted by district attorneys, and two criminal proceedings currently before judges, in the State of Jalisco, Mexico (*Fiscal General del Estado de Jalisco*).

3. I am familiar with the facts set forth in this Application and respectfully submit this declaration and the attached Exhibits in support of the Application.

4. I attach as Exhibit 1 the proposed subpoenas for the Respondent.

5. I attach as Exhibit 2 the proposed Order granting Omnilife's Application to take discovery pursuant to 28 U.S.C. § 1782.

I declare upon penalty of perjury that the foregoing is true and correct.

1

Executed on: June 1, 2017.
New York, New York

_____
Camilo Cardozo